United States District Court
Southern District of Texas

**ENTERED**

April 16, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AXIOM SPACE, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H-26-2931 |
| § | |
| RAMZI MASRI-ELYAFAOUI, § | |
| § | |
| Defendant. § | |
| § | |

## ORDER

Before the Court is Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Document No. 7) and Plaintiff's Motion to Expedite Temporary Restraining Order and Preliminary Injunction Request (Document No. 11). Having considered the motion and the urgent circumstances presented, the Court finds good cause to set a hearing on the requested relief in accordance with Federal Rule of Civil Procedure 65(b). Accordingly, the Court hereby

**ORDERS** that Plaintiff's Motion to Expedite Temporary Restraining Order and Preliminary Injunction Request (Document No. 11) is **GRANTED IN PART**, only with respect the requests for expedited consideration. The Court further

**ORDERS** that a hearing on Plaintiff's Motion for Temporary Restraining Order is hereby scheduled for Thursday, April 23, 2026, at 1:30 PM in Courtroom 8A of the Bob Casey United States Courthouse located at 515 Rusk Avenue, Houston, TX 77002. The Court further

**ORDERS** that Plaintiff must provide notice of the forthcoming hearing to the

Defendant in this matter and subsequently file proof of notice with the Court.

SIGNED at Houston, Texas, on this __16__ day of April, 2026.

DAVID HITTNER
United States District Judge