United States District Court
Southern District of Texas
**ENTERED**
April 27, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AXIOM SPACE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-2931 |
| | § | |
| RAMZI MASRI-ELYAFAOUI | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Plaintiff's Motion for Temporary Restraining Order (Document No. 13).  Having considered the motion, submissions, applicable law, and oral arguments by both Plaintiff and Defendant presented to the Court on April 23, 2026, *in detail*, the Court determines that the pending motion should be denied.

Also pending before the Court is Plaintiff's Motion for Preliminary Injunction (Document No. 13).  The Court notes that "[b]efore or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing." Fed. R. Civ. P. 65(a)(2). Having considered the motion, submissions, and applicable law, the Court determines that a preliminary injunction hearing is necessary to consider the circumstances presented to the Court. To that end, the Court further finds that converting the forthcoming

preliminary injunction hearing to a trial on the merits is appropriate in this matter. Accordingly, the Court hereby

**ORDERS** that Plaintiff's Motion for Temporary Restraining Order (Document No. 13) is **DENIED**. The Court further

**ORDERS** that a jury trial on the merits will be held on Monday, June 29, 2026, at 10:30AM in Courtroom 8A of the Bob Casey United States Courthouse located at 515 Rusk Avenue, Houston, TX 77002. The Court further

**ORDERS** that a Final Pretrial Conference will be held before the Court on June 18, 2026, at 2:00 PM. The Court further

**ORDERS** that the parties must file their Joint Pretrial Order with the Court no later than Thursday, June 11, 2026. The Court further

**ORDERS** that Plaintiff's corporate representative, the individual Defendant, and all attorneys of record **MUST BE PRESENT** at both the Final Pretrial Conference and the forthcoming jury trial.

SIGNED at Houston, Texas, on this **27** day of April, 2026.

DAVID HITTNER
United States District Judge

2