**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| AXIOM SPACE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-02931 |
| | § | |
| RAMZI MASRI-ELYAFAOUI | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

**NOTICE OF APPEARANCE**

Notice is hereby given that Veronica Moyé of King & Spalding LLP enters her

appearance in this matter on behalf of Plaintiff, Axiom Space, Inc.

Ms. Moyé may receive all communications from the Court at the following address:

Veronica Moyé
vmoye@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201
Telephone: +1 214 764 4600
Facsimile:+1 214 764 4601

- 1 -

Dated: April 28, 2026

Respectfully submitted,

KING & SPALDING LLP

By: */s/ Veronica Moyé*
    Veronica Moyé
    Texas Bar No. 24000092
    vmoye@kslaw.com
    2601 Olive Street
    Suite 2300
    Dallas, TX 75201
    Telephone: +1 214 764 4600
    Facsimile:  +1 214 764 4601

**Attorneys for Plaintiff**
**Axiom Space, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 28, 2026, a copy of the foregoing

document was electronically filed and served using the Court's CM/ECF system.

*/s/ Veronica Moyé*
Veronica Moyé