United States District Court
Southern District of Texas
**ENTERED**
June 05, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AXIOM SPACE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-2931 |
| | § | |
| RAMZI MASRI-ELYAFAOUI | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court are Defendant's Motion for Summary Judgment (Document No. 50); and Defendant's Sealed Motion for Summary Judgment (Document No. 52). Having considered the motions, submissions, applicable law, and the forthcoming trial on the merits scheduled for Monday, June 29, 2026, the Court determines that an expedited response is necessary to promote judicial efficiency. Accordingly, the Court hereby

**ORDERS** that Plaintiff Axiom Space, Inc. must file its response to Defendant's pending motions for summary judgment **NO LATER THAN** June 18, 2026.

SIGNED at Houston, Texas, on this 5th day of June, 2026.

_____
DAVID HITTNER
United States District Judge