United States District Court
Southern District of Texas
**ENTERED**
June 22, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

AXIOM SPACE, INC.,                        §
                                          §
        Plaintiff,                        §
                                          §
v.                                        §   Civil Action No. H-26-cv-2931
                                          §
RAMZI MASRI-ELYAFOUI,                     §
                                          §
        Defendant.                        §

## ORDER

Pending before the Court is Defendant's Motion for Summary Judgment

(Document No. 50). Having considered the motion, submissions, and applicable law,

*in detail*, the Court determines that the pending motion should be denied.

Accordingly, the Court hereby

**ORDERS** that Defendant's Motion for Summary Judgment (Document No.

50) is **DENIED**.

SIGNED at Houston, Texas, on this __22 day of June, 2026.

_____
DAVID HITTNER
United States District Judge