**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

AXIOM SPACE, INC.,

Plaintiff,

v.

RAMZI MASRI-ELYAFAOUI,

Defendant.

Civil No. 4:26-cv-02931

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Axiom Space, Inc. ("Axiom") and Defendant Ramzi Masri-Elyafaoui ("Defendant"), by and through undersigned counsel, hereby STIPULATE AND AGREE to dismiss with prejudice all claims brought by Axiom against Defendant in the above-titled action, with each party bearing its own costs and attorneys' fees.

Dated: June 22, 2026

Respectfully submitted,

KING & SPALDING LLP

*/s/ Veronica Moyé*

Veronica Moyé
Texas Bar No. 24000092
S.D. Texas No. 26388
Mu Lin Hsu
Texas Bar No. 24106118

S.D. Texas No. 3954096
Tracea Rice (pro hac vice)
2601 Olive Street Suite 2300
Dallas, TX 75201
Telephone: 214.457.2100
Facsimile: 214.764.4601
vmoye@kslaw.com
chsu@kslaw.com
trice@kslaw.com

Jesse Snyder (Attorney in Charge)
Texas Bar No. 24083884
S.D. Texas No. 3912889
1700 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006-4707
Telephone: 202.737.0500
Facsimile: 202.626.3737
jsnyder@kslaw.com
Matthew H. Dawson (pro hac vice)
50 California St. #3300
San Francisco, CA 94111
Telephone: 415.318.1200
mdawson@kslaw.com

***Counsel for Plaintiff***
AXIOM SPACE, INC.

Dated: June 22, 2026

ORRICK, HERRINGTON &
SUTCLIFFE

*<u>/s/ Ryan C. Wooten</u>*
Ryan C. Wooten
State Bar No. 24075308

S.D. Texas No. 1259974
609 Main, 40th Floor
Houston, TX 77002
Telephone: 713.658.6400
Facsimile: 713.658.6401
rwooten@orrick.com
Robert S. Shwarts (Attorney in Charge)
(pro hac vice)
405 Howard Street
San Francisco, CA 94105
Telephone: 415.773.5760
rshwarts@orrick.com
Melanie K. Chan (pro hac vice)
Cameron A. Kasanzew (pro hac vice)
51 W 52nd Street
New York, NY 10019
Telephone: 212.506.5000
melanie.chan@orrick.com
ckasanzew@orrick.com

***Counsel for Defendant***
RAMZI MASRI-ELYAFAOUI

## CERTIFICATE OF SERVICE

I certify that on the date of this filing, all counsel of record were served with a copy of this document.

Dated: June 22, 2026

*/s/ Veronica Moyé*

Veronica Moyé
Texas Bar No. 24000092
S.D. Texas No. 26388
Mu Lin Hsu
Texas Bar No. 24106118
S.D. Texas No. 3954096
Tracea Rice (pro hac vice)
2601 Olive Street Suite 2300
Dallas, TX 75201
Telephone: 214.457.2100
Facsimile: 214.764.4601
vmoye@kslaw.com
chsu@kslaw.com
trice@kslaw.com

Jesse Snyder (Attorney in Charge)
Texas Bar No. 24083884
S.D. Texas No. 3912889
1700 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006-4707
Telephone: 202.737.0500
Facsimile: 202.626.3737
jsnyder@kslaw.com
Matthew H. Dawson (pro hac vice)
50 California St. #3300

San Francisco, CA 94111
Telephone: 415.318.1200
mdawson@kslaw.com

***Counsel for Plaintiff***
AXIOM SPACE, INC.

Dated: June 22, 2026

*<u>/s/ Ryan C. Wooten</u>*
Ryan C. Wooten
State Bar No. 24075308
S.D. Texas No. 1259974
609 Main, 40th Floor
Houston, TX 77002
Telephone: 713.658.6400
Facsimile: 713.658.6401
rwooten@orrick.com
Robert S. Shwarts (Attorney in Charge)
(pro hac vice)
405 Howard Street
San Francisco, CA 94105
Telephone: 415.773.5760
rshwarts@orrick.com
Melanie K. Chan (pro hac vice)
Cameron A. Kasanzew (pro hac vice)
51 W 52nd Street
New York, NY 10019
Telephone: 212.506.5000
melanie.chan@orrick.com
ckasanzew@orrick.com

***Counsel for Defendant***
RAMZI MASRI-ELYAFAOUI