United States District Court
Southern District of Texas

**ENTERED**

June 22, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Axiom Space, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-2931 |
| | § | |
| Ramzi Masri-Elyafaoui, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## ORDER

Pursuant to the Agreed Stipulation of Dismissal with Prejudice filed on June 22, 2026, the above referenced case is hereby dismissed with prejudice as to Defendant Ramzi Masri-Elyafaoui pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this **22** day of June, 2026.

_____

DAVID HITTNER
United States District Judge